JS 45 (4/24) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**
- City: Madison
- County/Parrish: Dane

**Related Case Information:**
- Superseding: ___
- Same Defendant: ___
- Docket Number: 24-cr-49-jdp
- New Defendant: ___
- Magistrate Judge Case Number: 24-mj-39
- Search Warrant Case Number: 24-mj-39
- R 20 / R40 from District of: ___
- This case was opened after USAO# 2024R000061 ___ Yes

**Defendant information:**
- Matter to be Sealed: ✓ Yes ___ No
- Def. Name: Stelio Kalkounos
- Alias Name: ___
- City/State: Milwaukee, WI
- Year of Birth: 1973
- Last 4 digits of SSN: 4744
- Sex: Male
- Race: White

*U.S. DISTRICT COURT WESTERN DISTRICT OF WISCONSIN — MAY 15 2024 — FILED/REC'D CLERK OF COURT*

**U.S. Attorney Information:**
- AUSA: Taylor L. Kraus
- Bar #: ___
- Interpreter: ✓ No ___ Yes
- List language and/or dialect: ___

**Location Status:**
- Arrest Date: ___
- ___ Already in Federal Custody as of: ___ in ___
- ___ Already in State Custody
- ___ On Pretrial Release

**U.S.C. Citations:**
- Total # of Counts: 2
- ___ Petty
- ___ Misdemeanor
  - ___ Class A
  - ___ Class B
  - ___ Class C
- ___ Felony

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 USC sec. 1591(a) | Sex trafficking of a minor | 1 |
| Set 2 | 18 USC sec 2251(a) | Sexual exploitation of a child | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: 5/13/2024

Signature of AUSA: /s/ Taylor L. Kraus