## WARRANT OF ARREST SEALED

| United States District Court | DISTRICT |
|---|---|
| | WESTERN DISTRICT OF WISCONSIN |

| United States of America<br><br>v.<br><br>Stelio Kalkounos<br><br>Defendant. | DOCKET NO.<br>24-cr-49-jdp | MAGISTRATE JUDGE CASE NO. |
|---|---|---|
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Stelio Kalkounos | |

Warrant Issued on the Basis of:

✓ Indictment    ☐ Order of Court    ☐ Information    ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

| District of Arrest: | City: |
|---|---|

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Count 1: Sex trafficking of a minor
Count 2: Sexual exploitation of a child

IN VIOLATION OF TITLE:    18 U.S.C. Section(s) 1591(a) and 2251(a)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge<br>Andrew R. Wiseman | Date Order: |
|---|---|---|
| Clerk of Court: | (By) Deputy Clerk<br>/s/ N. Nelson | Date Issued:<br>5/15/2024 |

### RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |