

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

*Address:*
*222 West Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

September 19, 2025

Marcus Berghahn
Catherine White
Hurley Burish, S.C.
33 East Mifflin Street, Suite 400
Madison, Wisconsin 53703

      Re:    *United States of America v. Stelio Kalkounos*
            Case No:  24-cr-00049-jdp

Dear Counsel:

Discovery labeled KALKOUNOS_000001 to KALKOUNOS_005863 has been provided to you electronically via USAfx. Included with this material are logs that detail the discovery and copies of discovery letters sent to former counsel. Please note that any material labeled "Discovery Protective Order" is subject to the protective orders filed at R. 7, 28, and 32 (see also R. 8, 29, and 33).

The provided materials and any future discovery provided to you which may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law is provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to future discovery requests beyond the scope of its obligations.

<u>Discovery Available for Inspection</u>

The United States determined that certain discovery contains child sexual abuse material (CSAM). This material is available by inspection either at my office or the FBI-Madison Field Office and includes the following:

- Data from the forensic examination of Jane Doe's cellphone

- Data from the forensic examination of your client's cellphone
- Records received from Snap, Inc.
- Records received from TextNow

## Request for Reciprocal Discovery

With this letter, the government requests that you provide, one month before trial, all reciprocal discovery to which it is entitled under Federal Rules of Criminal Procedure 16(b) and (c) and 26.2, including, but not limited to:

1. Inspection and/or copies of all books, papers, documents, photographs, tangible objects, or portions thereof in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in his case-in-chief at trial.

2. Inspection and/or copies of the results of any reports of physical or mental examinations and of scientific tests or experiments made in connection with the above-entitled case within the possession or control of the defendant which the defendant intends to introduce as evidence in his case-in-chief at trial or which have been prepared by a witness whom the defendant intends to call at trial.

3. Inspection and/or copies of all statements made by all witnesses whom the defendant intends to call at trial.

## Notice of Audio/Visual Evidence

This letter will serve as notice that, should the case proceed to trial, the United States intends to introduce in its case-in-chief, the audio and video evidence disclosed herein and in subsequent discovery productions. Moreover, the United States reserves its right to use any audio/video evidence provided to you in discovery for rebuttal or cross-examination.

## Request for Notice of Defenses

The government also requests notice of any intention of your client to rely on an entrapment defense or a defense involving mental condition or duress, and/or an alibi defense for charged offenses. Consistent with the Court's practice, absent relief from the Court, the pretrial motions date is also the deadline for defense notices under Federal Rules of Criminal Procedure 12.1 through 12.3.

If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

Very truly yours,

CHADWICK M. ELGERSMA
Acting United States Attorney

By:
_____/s/_____
TAYLOR L. KRAUS
MEGAN R. STELLJES
Assistant United States Attorney