

**U.S. Department of Justice**

*United States Attorney*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

---

<u>*Address:*</u>
*222 West Washington Avenue, Suite 700*
*Madison, Wisconsin 53703*

May 1, 2026

Josephy Bugni
Catherine White
Marcus Berghahn
Huley Burish, S.C.
33 East Main St. Ste 400
Madison, WI 53703

Donna Rotunno
Law Offices of Rotunno & Giralamo, PC
140 S. Dearborn St. Ste 404
Chicago, IL 60603

   Re: *United States v. Stelio Kalkounos*
     Case No: 24-cr-00049-jdp

Counsel:

  Additional discovery has been uploaded to USAfx. A log is included which lists the discovery items. These items are Bates labeled KALKOUNOS_005864-5963.

  If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

       Very truly yours,

       CHADWICK M. ELGERSMA
       United States Attorney

       By:  /s/
       MEGAN R. STELLJES
       Assistant United States Attorney