HURLEY BURISH, S.C.

ATTORNEYS

33 EAST MAIN STREET, SUITE 400

Mailing Address:
POST OFFICE BOX 1528
MADISON, WI 53701-1528

Delaney B. Agnew
Jonas B. Bednarek
Cricket R. Beeson
Marcus J. Berghahn
Joseph A. Bugni
Mark D. Burish
Skylar R. Croy

Peyton B. Engel
Andrew W. Erlandson
Hal A. Harlowe
Stephen P. Hurley
Jennifer E. Recktenwald
David E. Saperstein
Catherine E. White

Tel. (608) 257-0945
Fax. (608) 257-5764
www.hurleyburish.com
Author's e-mail:
jbugni@hurleyburish.com

May 12, 2026

*Via e-filing*

Honorable James D. Peterson
Chief U.S. District Judge
United States District Court
Western District of Wisconsin
120 N. Henry Street
Madison, WI 53703

     Re:    *United States v. Stelio Kalkounos*
            Case No. 24-cr-49

To the Honorable James D. Peterson,

    In anticipation of tomorrow's plea, the defense writes to stress one point.

    As set out in the plea, this is a global agreement involving the Eastern and Western Districts of Wisconsin. See R.148 ¶ 10. The plea does not, however, cover any potential state charges. Id. ¶ 9.

    Thus, to protect Mr. Kalkounos from the implications of any additional admissions during this plea, the defense would respectfully ask that the Court's plea colloquy be limited to the precise conduct that he is pleading guilty to—namely, Count 4 of the Fourth Superseding Indictment.

    Thank you for your attention to this matter.

HURLEY BURISH, S.C.

Honorable James D. Peterson
May 12, 2026
Page 2

Sincerely,

HURLEY BURISH, S.C.

*Electronically signed by Joseph A. Bugni*

Joseph A. Bugni
Wisconsin Bar No. 1062514
jbugni@hurleyburish.com
HURLEY BURISH, S.C.
P.O. Box 1528
Madison, WI 53701-1528
(608) 257-0945