# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: May 13, 2026    DAY: Wednesday    START TIME: 11:05 a.m.    END TIME: 11:30 a.m.

JUDGE/MAG.: Peterson    CLERK: JAV    REPORTER: JLD

PROBATION OFFICER: Koch    INTERPRETER:    SWORN: YES ☐  NO ☐

CASE NUMBER: 24-cr-49-jdp    CASE NAME: USA v. Stelio Kalkounos

**APPEARANCES:**

ASST. U.S. ATTY.: Megan Stelljes    DEFENDANT ATTY.: Donna Rotunno

Julie Pfluger    Joseph Bugni

DEFENDANT PRESENT: YES ☒  NO ☐

**OFFENSE INFORMATION:**

MAXIMUM PENALTY: CT(S) 4 ; 40 YR(S) IMPRISONMENT; $ 250,000 FINE;

life YEAR(S) SUPERVISED RELEASE; $ 100 SPECIAL ASSESSMENT; ☐ RESTITUTION.

DEFENDANT AGE: 53    ☐ INDICTMENT/INFORMATION READ    ☒ DEFENDANT WAIVES READING

**PLEA:**

☒ GUILTY    ☒ DEFENDANT SWORN

☐ NOT GUILTY    ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY

☐ NO CONTEST    ☒ DEFT. ADJUDGED GUILTY BY COURT

☐ MUTE

**TRIAL SCHEDULE:**

JURY SEL./TRIAL:    TRIAL ESTIMATE: DAYS

PTMH/EVID. HRG.:    MOTIONS DUE:

FPTC:    FPTC SUBMISSIONS:

FINAL HEARING:

**SENTENCING SCHEDULE:**

PRESENTENCE REPORT DUE: 6/24/2026    OBJECTIONS DUE: 7/8/2026

SENTENCING : 8/14/2026    at 10:00 a.m.

**RELEASE/DETENTION:**

☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.

☒ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.

☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING:

**NOTES:**

$5,000 special assessment; add'l assessment up to $35,000

TOTAL COURT TIME: :25