

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

*Address:*
*222 W. Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

July 17, 2026

Judge James D. Peterson
United States District Court
120 N. Henry St., Rm. 320
Madison, WI 53703

      Re:    *United States v. Stelio Kalkounos*, No. 24-cr-49-jdp

Dear Judge Peterson:

We write to correct a misstatement in Defendant's Motion for Extension of Time to File Objections to PSR and to Continue Sentencing Hearing, Dkt. 157. In that motion, defense counsel states as follows:

> The Presentence Report references seven videos that the **Defense did not receive in Discovery, have the opportunity to review, or have the opportunity to discuss with the client**. *See* Presentence Investigation, at pp. 13-14.

Defense Motion, ¶ 3 (emphasis added).

The videos referenced in Defendant's motion come from the Snapchat return.[1] *See* PSR ¶¶ 43-45, 51-55. Special Agent Noah Dahlstrom identified these videos by file name, date, length, and substantive description in a report. *See* Kalkounos_003560-64. On February 21, 2025, the government produced that report to Defendant's predecessor counsel. Gov't Discovery Letter, Dkt. 51. On September 19, 2025, the government produced discovery to current counsel. *See* Exhibit 1 at 8 (9/19/25 – 1/8/26 emails between defense and prosecution teams).

Between October 3, 2025 and January 14, 2026, the defense team inspected evidence at the FBI's Middleton field office on three occasions. In anticipation of the January 14th inspection, Attorney White emailed Special Agent Bryan Baker to indicate

---

[1] The November 20, 2023 video also formed the basis of Count 2 of the original indictment. *See* Indictment, Dkt. 2; Tr. of 5/15/24 Grand Jury at 10-12, Dkt. 68-1.

July 17, 2026
Page 2


that Kalkounos's expert witness will "want to see the materials that we've been furnished--the TextNow materials, *the SnapChat materials*, and the extraction of Kalkounos' phone." Exhibit 1 at 2.

The government did not produce the Snapchat videos to defense counsel because they contained child sex abuse material. It did, however, produce a report describing the videos and make them available for inspection. The government did not monitor defense counsel's in-person review of the electronic evidence, but Attorney White's email confirms defense counsel was aware of the Snapchat videos and had the opportunity to review them.

Very truly yours,

CHADWICK M. ELGERSMA
United States Attorney

By: /s/

MEGAN STELLJES
JULIE PFLUGER
Assistant United States Attorney