## Stelljes, Megan (USAWIW)

**From:**      Bryan Baker <bmbaker@fbi.gov>
**Sent:**      Thursday, January 8, 2026 2:23 PM
**To:**        Catherine White
**Cc:**        Stelljes, Megan (USAWIW); Kraus, Taylor (USAWIW)
**Subject:**   RE: US v. Kalkounos 24cr49 - Discovery Provided

Catherine,

I talked over the live-box review of the cellphone (physical phone hooked up for a new extraction) with our FBI Forensics Team and that is not something we are comfortable doing. If you want to pursue this type of review please reach out to Taylor and Megan. That said, I don't want to slow down your review of the evidence, and I am still free for the 14th. The process for reviewing all evidence will be on the FBI's secure server and note taking is fine, but screenshots, or exports can be gotten at a later date, since they have to be retrieved from the server.

Please let me know if you want to proceed with the 14th, and confirm all names on your team.

Thank You

Bryan

**From:** Catherine White
**Sent:** Thursday, January 8, 2026 7:53 AM
**To:** Baker, Bryan M. (MW) (FBI)
**Subject:** [EXTERNAL EMAIL] - Re: US v. Kalkounos 24cr49 - Discovery Provided

Thanks for being flexible, Bryan. Our expert has a few questions about logistics for review of the physical phone. Can you fill me in on the info below so that I can get back to him and, hopefully, confirm the 1/14 date?

• Whether the FBI will provide a dedicated workstation for review
• What software, if any, will be available on that system
• Whether I am permitted or required to bring my own forensic workstation or tools
• Any restrictions on note taking, screenshots, or export of non-contraband metadata or logs

**From:** Bryan Baker <bmbaker@fbi.gov>
**Sent:** Tuesday, January 6, 2026 10:51 AM
**To:** Catherine White <cwhite@hurleyburish.com>
**Subject:** Re: US v. Kalkounos 24cr49 - Discovery Provided

The best I can do on that day of I move things around is 3:50PM. Does that work better?

**From:** Catherine White <cwhite@hurleyburish.com>
**Sent:** Tuesday, January 6, 2026 10:46:41 AM
**To:** Baker, Bryan M. (MW) (FBI) <bmbaker@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - Re: US v. Kalkounos 24cr49 - Discovery Provided

Thanks Bryan. The date works, but I'm concerned that 3 hours might not be enough time. Is there another day when he can get a solid chunk of time to do his review, possibly with a lunch break?

---

**From:** Bryan Baker <bmbaker@fbi.gov>
**Sent:** Tuesday, January 6, 2026 9:24 AM
**To:** Catherine White <cwhite@hurleyburish.com>
**Subject:** RE: US v. Kalkounos 24cr49 - Discovery Provided

Catherine,

I apologize for the delay, the 14th from 10AM-1PM, I am free. Does that work?

Thanks

---

**From:** Catherine White <cwhite@hurleyburish.com>
**Sent:** Tuesday, January 6, 2026 9:20 AM
**To:** Baker, Bryan M. (MW) (FBI) <bmbaker@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - Re: US v. Kalkounos 24cr49 - Discovery Provided

Hi Bryan, just following up on this. Can our expert come review the digital evidence sometime on January 14-16?

---

**From:** Catherine White <cwhite@hurleyburish.com>
**Sent:** Tuesday, December 30, 2025 8:38 AM
**To:** Bryan Baker <bmbaker@fbi.gov>
**Subject:** Re: US v. Kalkounos 24cr49 - Discovery Provided

Jeff Martin's DOB is: ██████

---

**From:** Catherine White <cwhite@hurleyburish.com>
**Sent:** Monday, December 29, 2025 1:51 PM
**To:** Bryan Baker <bmbaker@fbi.gov>
**Subject:** Re: US v. Kalkounos 24cr49 - Discovery Provided

Hi Bryan,

Hope you're enjoying a break, or at least a slow-down, during the holidays. We've engaged an expert to review the digital evidence in Kalkounos. His name is Jeff Martin. I'll forward his DOB to you when I have it. He'll want to see the materials that we've been furnished--the TextNow materials, the SnapChat materials, and the extraction of Kalkounos's phone, as well as the physical phone itself. Sounds like he'll be available on January 14, 15, and 16. Is there a time on one of those days when he can come take a look at things?

Catherine E. White
**Hurley Burish, S.C.**
33 East Main Street, #400
P.O. Box 1528
Madison, WI 53703
(608) 257-0945 tel
(608) 257-5764 fax
www.hurleyburish.com
cwhite@hurleyburish.com



---

**From:** Bryan Baker <bmbaker@fbi.gov>
**Sent:** Wednesday, October 15, 2025 8:43 AM
**To:** Catherine White <cwhite@hurleyburish.com>
**Subject:** Re: US v. Kalkounos 24cr49 - Discovery Provided

Ok no problem.

---

**From:** Catherine White <cwhite@hurleyburish.com>
**Sent:** Wednesday, October 15, 2025 8:40:25 AM
**To:** Baker, Bryan M. (MW) (FBI) <bmbaker@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - RE: US v. Kalkounos 24cr49 - Discovery Provided

Thanks for the fast response. Now Peyton's been delayed, so we're all just going to come over closer to 9:30. Sorry for the last-minute switch-up.

**From:** Bryan Baker <bmbaker@fbi.gov>
**Sent:** Wednesday, October 15, 2025 8:24 AM
**To:** Catherine White <cwhite@hurleyburish.com>
**Subject:** Re: US v. Kalkounos 24cr49 - Discovery Provided

You can still come at 9

---

**From:** Catherine White <cwhite@hurleyburish.com>
**Sent:** Wednesday, October 15, 2025 8:23:09 AM
**To:** Baker, Bryan M. (MW) (FBI) <bmbaker@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - RE: US v. Kalkounos 24cr49 - Discovery Provided

Hi Bryan,

Marcus has an emergency hearing in court this morning that's going to put him about 20 minutes behind schedule. Peyton and I could still show up at 9, but I'm wondering if you'd prefer to have us all arrive at once. What's your preference?

---

**From:** Bryan Baker <bmbaker@fbi.gov>
**Sent:** Thursday, October 9, 2025 10:29 AM
**To:** Catherine White <cwhite@hurleyburish.com>
**Subject:** RE: US v. Kalkounos 24cr49 - Discovery Provided

Catherine,

Let's do Wednesday October 15 at 9AM. I am free from 9AM until 1PM that day. Does that work?


Thanks

Bryan

---

**From:** Catherine White <cwhite@hurleyburish.com>
**Sent:** Thursday, October 9, 2025 10:00 AM
**To:** Baker, Bryan M. (MW) (FBI) <bmbaker@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - RE: US v. Kalkounos 24cr49 - Discovery Provided

Hi Bryan,

We're hoping to come back for another review session sometime next week. Would Tuesday or Wednesday morning work? We could arrive by 10 on Tuesday, and probably closer to 8:30 or 9:00 on Wednesday. Let me know what works for you.


Catherine E. White
**Hurley Burish, S.C.**
33 East Main Street, #400
P.O. Box 1528
Madison, WI 53703
(608) 257-0945 tel
(608) 257-5764 fax
www.hurleyburish.com
cwhite@hurleyburish.com



---

**From:** Bryan Baker <bmbaker@fbi.gov>
**Sent:** Tuesday, September 23, 2025 8:48 AM

**To:** Catherine White <cwhite@hurleyburish.com>
**Subject:** RE: US v. Kalkounos 24cr49 - Discovery Provided

Good Morning,

October 3, at 10AM works for me. The Office address is 8215 Greenway BLVD, Suite 240, Middleton. I will look for you when you arrive. Also, I need the full names and Date of Birth for anyone coming. One last thing, cellular phones are not allowed in FBI space, but Laptops are ok.

Thank You

Bryan

---

**From:** Catherine White <cwhite@hurleyburish.com>
**Sent:** Tuesday, September 23, 2025 8:18 AM
**To:** Baker, Bryan M. (MW) (FBI) <bmbaker@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - RE: US v. Kalkounos 24cr49 - Discovery Provided

Good morning! My colleagues and I are hoping to head over on October 3 to view the Kalkounos evidence. I think we could arrive as early as 10:00. Would that work on your end?

Catherine E. White
**Hurley Burish, S.C.**
33 East Main Street, #400
P.O. Box 1528
Madison, WI 53703
(608) 257-0945 tel
(608) 257-5764 fax
www.hurleyburish.com
cwhite@hurleyburish.com

---

**From:** Kraus, Taylor (USAWIW) <Taylor.Kraus@usdoj.gov>
**Sent:** Monday, September 22, 2025 4:26 PM
**To:** Catherine White <cwhite@hurleyburish.com>
**Cc:** Baker, Bryan M. (MW) (FBI) <bmbaker@fbi.gov>
**Subject:** RE: US v. Kalkounos 24cr49 - Discovery Provided

Forgot to CC Bryan. He's been added. Thank you!

---

**From:** Kraus, Taylor (USAWIW)
**Sent:** Monday, September 22, 2025 4:25 PM
**To:** 'Catherine White' <cwhite@hurleyburish.com>
**Subject:** RE: US v. Kalkounos 24cr49 - Discovery Provided

Hi Catie – you can reach out to Special Agent Bryan Baker to arrange for that. He's copied here.

Bryan, Catie and Marcus with Hurley Burish are now representing Mr. Kalkounos.

---

**From:** Catherine White <cwhite@hurleyburish.com>
**Sent:** Monday, September 22, 2025 3:23 PM
**To:** Kraus, Taylor (USAWIW) <Taylor.Kraus@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. Kalkounos 24cr49 - Discovery Provided

Thanks! As for a review of the evidence at the FBI field office, I think October 3 would work best for us. Can we schedule that through you or is there an FBI contact that I should work with?

---

**From:** Kraus, Taylor (USAWIW) <Taylor.Kraus@usdoj.gov>
**Sent:** Monday, September 22, 2025 2:27 PM
**To:** Catherine White <cwhite@hurleyburish.com>
**Subject:** RE: US v. Kalkounos 24cr49 - Discovery Provided

Great, will get the invite out shortly.

---

**From:** Catherine White <cwhite@hurleyburish.com>
**Sent:** Monday, September 22, 2025 2:24 PM
**To:** Kraus, Taylor (USAWIW) <Taylor.Kraus@usdoj.gov>; McGillivray, Gwen (USAWIW) <Gwen.McGillivray@usdoj.gov>
**Cc:** Stelljes, Megan (USAWIW) <Megan.Stelljes@usdoj.gov>; Marcus Berghahn <mberghahn@hurleyburish.com>; Michelle Baisden <mbaisden@hurleyburish.com>
**Subject:** [EXTERNAL] RE: US v. Kalkounos 24cr49 - Discovery Provided

How about 10:00?

---

**From:** Kraus, Taylor (USAWIW) <Taylor.Kraus@usdoj.gov>
**Sent:** Monday, September 22, 2025 1:22 PM
**To:** Catherine White <cwhite@hurleyburish.com>; McGillivray, Gwen (USAWIW) <Gwen.McGillivray@usdoj.gov>
**Cc:** Stelljes, Megan (USAWIW) <Megan.Stelljes@usdoj.gov>; Marcus Berghahn <mberghahn@hurleyburish.com>; Michelle Baisden <mbaisden@hurleyburish.com>
**Subject:** RE: US v. Kalkounos 24cr49 - Discovery Provided

October 20 will work. Just let me know what time you prefer and I can send out a calendar invite.

---

**From:** Catherine White <cwhite@hurleyburish.com>
**Sent:** Monday, September 22, 2025 12:06 PM
**To:** Kraus, Taylor (USAWIW) <Taylor.Kraus@usdoj.gov>; McGillivray, Gwen (USAWIW) <Gwen.McGillivray@usdoj.gov>
**Cc:** Stelljes, Megan (USAWIW) <Megan.Stelljes@usdoj.gov>; Marcus Berghahn <mberghahn@hurleyburish.com>; Michelle Baisden <mbaisden@hurleyburish.com>
**Subject:** [EXTERNAL] RE: US v. Kalkounos 24cr49 - Discovery Provided

Thanks Taylor! It'll take us some time to digest everything, but in the meantime, I'd love to get a date on the calendar for a meeting to keep us on track. Might you have some time on October 20 or 21?

---

**From:** Kraus, Taylor (USAWIW) <Taylor.Kraus@usdoj.gov>
**Sent:** Monday, September 22, 2025 11:18 AM
**To:** Catherine White <cwhite@hurleyburish.com>; McGillivray, Gwen (USAWIW) <Gwen.McGillivray@usdoj.gov>
**Cc:** Stelljes, Megan (USAWIW) <Megan.Stelljes@usdoj.gov>; Marcus Berghahn <mberghahn@hurleyburish.com>; Michelle Baisden <mbaisden@hurleyburish.com>
**Subject:** RE: US v. Kalkounos 24cr49 - Discovery Provided

Hi Catie – I've just realized we did not upload a 1006 summary exhibit that we previously sent to Sam with the Sept. 2, 2025 discovery. Gwen is going to upload it for you.

This exhibit summarizes the Text Now messages between Mr. Kalkounos and the victim. The original copies of those messages are in discovery; this summary exhibit just makes them easier to read. We intend to use this summary exhibit (or something similar) at trial.

Thank you!

---

**From:** Catherine White <cwhite@hurleyburish.com>
**Sent:** Monday, September 22, 2025 9:46 AM
**To:** McGillivray, Gwen (USAWIW) <Gwen.McGillivray@usdoj.gov>
**Cc:** Kraus, Taylor (USAWIW) <Taylor.Kraus@usdoj.gov>; Stelljes, Megan (USAWIW) <Megan.Stelljes@usdoj.gov>; Marcus Berghahn <mberghahn@hurleyburish.com>; Michelle Baisden <mbaisden@hurleyburish.com>
**Subject:** [EXTERNAL] RE: US v. Kalkounos 24cr49 - Discovery Provided

Good morning!

Thanks for sending this over. Could you please add our assistant Michelle, who's copied here, to the folder?


Catherine E. White
**Hurley Burish, S.C.**
33 East Main Street, #400
P.O. Box 1528
Madison, WI 53703
(608) 257-0945 tel
(608) 257-5764 fax
www.hurleyburish.com
cwhite@hurleyburish.com

**From:** McGillivray, Gwen (USAWIW) <Gwen.McGillivray@usdoj.gov>
**Sent:** Friday, September 19, 2025 4:12 PM
**To:** Catherine White <cwhite@hurleyburish.com>; Marcus Berghahn <mberghahn@hurleyburish.com>
**Cc:** Kraus, Taylor (USAWIW) <Taylor.Kraus@usdoj.gov>; Stelljes, Megan (USAWIW) <Megan.Stelljes@usdoj.gov>
**Subject:** US v. Kalkounos 24cr49 - Discovery Provided

Good afternoon,

Discovery in this case has been uploaded to USAfx. It should have sent you an automatic invite that will prompt you to activate your account within 24 hours. Here is the link to the folder:
https://usafx.box.com/s/huee8b3davnzr9tojdk2zenm0q6sbr6l

Please let me know if anyone else needs to be added to the folder or if you have any issues downloading.

Thank you,
Gwen

Gwen McGillivray
Paralegal Specialist|Criminal Division
U.S. Attorney's Office|Western District of Wisconsin
222 West Washington Avenue | Suite 700
Madison, Wisconsin 53703
Main Office 608-264-5158|Fax 608-264-5054
Direct 608-250-5426| Cell 608-381-2016
E-Mail: gwen.mcgillivray@usdoj.gov