# COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 09/08/2026 DAY: Tuesday START TIME: 10:13 AM END TIME: 11:33 AM
JUDGE/MAG.: Peterson CLERK: jer/jef REPORTER: JD
PROBATION OFFICER: Jessica Koch INTERPRETER: ________ SWORN:
CASE NUMBER: 24-cr-49-jdp CASE NAME: USA v. Stelio Kalkounos

**APPEARANCES:**

AUSA: Megan R. Stelljes
Julie S. Pfluger

DEFENDANT ATTY.: Joseph A. Bugni, Donna Rotunno,
Sam L. Amirante

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**

TOTAL OFFENSE LEVEL: 38 CRIMINAL HISTORY CATEGORY: V
ADVISORY GUIDELINE IMPRISONMENT RANGE: 360 to 480 MONTHS.

**SENTENCE:**

COUNT(S) 4ssss : ☒ INDICTMENT ☐ INFORMATION

CBOP CT. 4ssss ; 216 MOS.; life YRS. S/R; $ 100 CA; $ See notes REST.; $ 0 FINE.
CT. ____; ____ MOS.; ____ YRS. S/R; $ ____ CA; $ ____ REST.; $ ____ FINE.

☐ VOLUNTARY SURRENDER: ________ between ________ and ________;
☐ RELEASE CONDITIONS CONTINUED.
☒ DETAINED.

**ACTIONS:**

☒ PLEA AGREEMENT ACCEPTED
☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
☒ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
☐ REVOKED

**NOTES:**

Recess at 10:58AM to 11:13AM.
No JVTA assessment. Hold for 90 days on AVAA assessment and Restitution.
Government motion to dismiss final order of forfeiture is granted.

TOTAL COURT TIME: 65 min