IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 24-cr-49-jdp

STELIO KALKOUNOS,

Defendant.

---

UNITED STATES' MOTION TO DISMISS FORFEITURE ALLEGATION

---

On April 1, 2026, a grand jury returned a six-count fourth superseding indictment. The indictment charges Defendant with one count of violating 18 U.S.C. § 1591(a)(1), (b)(2), & (c) and 18 U.S.C. § 2 (Count 1); four counts of violating 18 U.S.C. § 2251(a) and (e) (Counts 2, 3, 5 and 6); and one count of violating 18 U.S.C. § 2252(a)(2) (Count 4). Dkt. 146. The fourth superseding indictment included notice that the government intended to forfeit a Samsung Galaxy cellphone. *Id.*

On May 13, 2026, Defendant pleaded guilty to Count 4. Dkt. 154. Defendant admitted he is the sole owner of the cellphone and the cellphone was used to facilitate a violation of Count 4. Dkt. 148, ¶ 16. Through counsel, Defendant asked for the return of family photos from the cellphone. After confirming the cellphone contained no child sex abuse material, the government agreed to return the cellphone to Defendant or his designee upon the conclusion of this case. *Id.*, ¶ 16. Accordingly, the United States

moves to dismiss, without prejudice, the forfeiture allegation in the fourth superseding indictment.

Dated: September 8, 2026.

Respectfully submitted,

CHADWICK M. ELGERSMA
United States Attorney

By: *<u>/s/ Megan R. Stelljes</u>*
MEGAN R. STELLJES
Assistant United States Attorney