IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 24-cr-49-jdp

v.

STELIO KALKOUNOS,

Defendant.

ORDER DISMISSING FORFEITURE ALLEGATION

The Court GRANTS the United States' motion to dismiss the forfeiture allegation and ORDERS the forfeiture allegation of the Fourth Superseding Indictment dismissed without prejudice.

Date this _____day of September 2026.

JAMES D. PETERSON
United States District Judge