**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

*Address:*
*222 W. Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

November 2, 2026

The Honorable James D. Peterson
Chief U.S. District Court Judge

Re: *United States v. Stelio Kalkounos, 24-cr-49*

Dear Judge Peterson:

I am writing to request a 90-day extension in the scheduling of a hearing (if required) to determine the amount of restitution to be ordered for KV1 and KV2 in this case.

In pleading guilty to receipt of child pornography in this case, the defendant stipulated that he committed conduct charged in the fourth superseding indictment relating to KV1, and conduct that occurred in the Eastern District of Wisconsin relating to KV2. (R. 148, ¶¶ 5, 10). At sentencing on October 8, 2026, the Court stated that it would "decline to impose a fine here given that the possibility of a very substantial assessment is one that I'm likely to order. If there's a request for restitution, I'd like any of the money to go to the victims …." The Court stated that a hearing would be scheduled in 90 days to determine what assessments might apply and what restitution would be. That would mean setting a restitution hearing for December.

As Seventh Circuit and Supreme Court precedent make clear, this Court may order restitution even after the 90-day deadline has elapsed, so long as the "sentencing court made clear prior to the deadline's expiration that it would order restation, leaving open … only the amount." *United States v. Robl*, 8 F.4th 515, 525 (7th Cir. 2021), quoting *Dolan v. United States*, 560 U.S. 605, 608 (2010).

The process of determining restitution can be time-consuming as restitution packets can contain psychological evaluations, forensic reports, and estimates of anticipated losses. While the victims are now working with an attorney, restitution requests in this case are still being calculated, the United States respectfully requests for additional time to file restitution related documents, and that a hearing (if needed) be set out for the early part of April of 2027 to allow the victims additional time to gather documents for their restitution packets.

Very truly yours,

CHADWICK M. ELGERSMA
United States Attorney

By:

JULIE S. PFLUGER
Assistant United States Attorney